# MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand and fourteen,

_____

| | |
|---|---|
| NYSA-ILA Pension Trust Fund, by it Trustee, Louis Pernice, NYSA-ILA Pension Trust Fund, by it Trustee, Thomas Aldridge, NYSA-ILA Pension Trust Fund, by it Trustee, Ian Cairns, NYSA-ILA Pension Trust Fund, by it Trustee, Rainer Dehe, NYSA-ILA Pension Trust Fund, by it Trustee, Franki Grossi, NYSA-ILA Pension Trust Fund, by it Trustee, William Messina, NYSA-ILA Pension Trust Fund, by it Trustee, Robert Milazzo, NYSA-ILA Pension Trust Fund, by it Trustee, James Pelliccio, NYSA-ILA Pension Trust Fund, by it Trustee, Michael Radak, NYSA-ILA Pension Trust Fund, by it Trustee, Harold Daggett, NYSA-ILA Pension Trust Fund, by it Trustee, Robert E. Gleason, NYSA-ILA Pension Trust Fund, by it Trustee, Stephen Knott, NYSA-ILA Pension Trust Fund, by it Trustee, Gerald Owens, NYSA-ILA Pension Trust Fund, by it Trustee, Louis Pernice, | **ORDER**<br>Docket No: 14-710 |

        Plaintiffs - Appellees,

v.

American Stevedoring, Inc.,

        Defendant - Appellant,

ABC Entities 1-5, fictitiouslynamed incorporated or unincorporated trades or business that are under common control with Defendant American Stevedoring, Inc.,

        Defendant.

_____

**MANDATE ISSUED ON 7/24/14**

Counsel for APPELLANT American Stevedoring, Inc. has filed a scheduling notification pursuant to the Court?s Local Rule 31.2, setting June 25, 2014 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before June 25, 2014. The appeal is dismissed effective June 25, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit